United States District Court
Southern District of Texas
**ENTERED**
April 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-16-078 (2,4,5) |
| | § | |
| ARTURO HERNANDEZ-VILLEGAS | § | |
| MARCO ANTONIO APARICIO-SANTOS | § | |
| JESUS ORTIZ FLORES | § | |

**O R D E R**

Defendants Jesus Ortiz Flores and Marco Antonio Aparicio-Santos filed a motion for continuance, (Docket Entry Nos. 48 and 49). The government and codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 5, 2016 |
| Responses are to be filed by: | July 18, 2016 |
| Pretrial conference is reset to: | **July 25, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 1, 2016 at 9:00 a.m.** |

SIGNED on April 25, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge